**Order entered July 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01173-CV

**CHRISTOPHER BOTHWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 85388-86**

## ORDER

The Court has before it the State's motion to extend the time for filing the state's brief and permit filing of late brief. The Court **GRANTS** the motion and **ORDERS** the State to file its brief within five days of the date of this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE